Defendant: Milton S Reid
BM Belknap St
Queens N.Y 11413

Civil Action No:
11-cv-0205

ORIGINAL

Dear Judge D. Irizzary & M.J. Pohorelsky

I milton S Reid of Mystical One llc Juice Company is writing this letter to inform you that I'm no longer apart of the Organization as of december of 2010. I know c was there of the time of Inspection By the F.D.A. I want to know what steps I should take Regarding this Summons.

I've contacted MR Hank Hagen about what steps He is going to take about this Summons and i think He is going to do Rite on Fix any Problems But as for myself I want to know what steps I should take Since i'm no Longer there But if I Have to Answer to the Law Suit I would Have to Ask for more time to do so Thank You For Taking notice of my letter in Advance.

Milton Reid

RECEIVED FEB 25 2011 PRO SE OFFICE

Defendant: Milton S Reid
137-77 Belknap St
Springfield Gardens
11413

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────── X

United State of America
                          Plaintiff,          :   Affirmation of Service

-against-

Mystical One LLC
Milton S Reid            Defendant.   :   11 cv 0205 ( )
──────────────────────────── X

I, Milton S Reid, declare under penalty of perjury that I have served a copy of the attached 2-25-2011

upon Scott R. Landau

whose address is: Eastern district OF New York 27 Cadem Plaza East Brooklyn N.Y 11201

Dated: 2-25-2011
               , New York

_____
Signature

137-77 Belknap St
Address

Queens N.Y 11413
City, State, Zip Code