BEFORE: VIKTOR V. POHORELSKY            DATE:        5/19/11
           U.S. MAGISTRATE JUDGE             START TIME:  11:10 a.m.
                                                 END TIME:    11:45 a.m.

DOCKET NO.   CV-11-205                  JUDGE:       DLI

CASE NAME:    United States v. Mystical One, LLC et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Initial

APPEARANCES:   Plaintiff      Scott Landau
                   Defendant      Hank Hagen, pro se; No Appearance (Mystical One/Reid)

SCHEDULING AND RULINGS:

1. The next conference will be held on June 24, 2011 at 10:00 a.m.

2. As the defendants Mystical One and Reid have not answered the government anticipates moving for default and default judgment.

3. Explanations provided to the defendant Hagen concerning his options in view of his decision not to oppose the allegations of the complaint. After consultation with the plaintiff's counsel he will determine whether he will be objecting to the consent decree the government is seeking as to him.

4. The parties need not appear at the next conference if the defendant Hagen has reached agreement with the plaintiff and a request for default has been filed as to Mystical One and Reid. Counsel for the plaintiff shall insure that the defendant Hagen is apprised of his obligation **not** to appear if all of the above conditions are satisfied.